UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


JAMES ROGER DOWDALL, ET AL

CIVIL ACTION

VERSUS

NUMBER 09-217-FJP-DLD

COOPER TIRE & RUBBER COMPANY,
ET AL


O P I N I O N

After independently reviewing the entire record in this case
and for reasons set forth in the Magistrate Judge's Report to which
an objection was filed:

IT IS ORDERED that the motions to remand[1] shall be GRANTED,
and this matter remanded to the 21st Judicial District Court,
Parish of Livingston, State of Louisiana.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 11, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. Nos. 8 and 9.
Doc#46261